# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re** | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Bhakti Bhai A. Patel | ) | Case No.   12-31148 -13 |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER TRANSFERRING CASE

This cause comes before the Court upon the Court's own Motion.

On March 15, 2012, the above named Debtor filed a Petition under Chapter 13 of the United States Bankruptcy Code. At the time of the filing of the Petition, the Debtor's permanent residence was 4937 N. Sayre Avenue, Chicago, IL 60656. As of the date of this Order, the Debtor's address remains the same.

It appears that the only relationship the Debtor has to the venue of this Court is a business property located at 13051 Deshler Road, North Baltimore, OH 45872 which is secured by a mortgage held by Creditor, The Huntington National Bank.

On June 26, 2012, this Court entered an Order granting a Stipulation for Relief from Stay and Abandonment entered into by the Debtor, Chapter 13 Trustee and The Huntington National Bank.

Based upon the foregoing, the Court finds that the Debtor's reason for filing in this Court no longer exists and that the proper venue should be the Debtor's place of residence in Chicago, IL.

Accordingly, it is

**ORDERED** that the above captioned Chapter 13 Case and all proceedings thereunder be, and is hereby, transferred to the following United States Bankruptcy Court further administration:

*United States Bankruptcy Court*
*Northern District of Illinois*
*Eastern Division Office*
*219 S. Dearborn*
*Chicago, IL 60604*

It is **FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division - Chicago, shall take the necessary steps to assign a new case number and serve the appropriate notices for the continued administration of this case.

It is **FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, serve a copy of this Order upon the Debtor, Attorney for Debtor, Trustee, all Creditors and Parties in Interest.

It is **FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court shall also serve a copy of this Order upon the Clerk, U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division - Chicago.

Dated: 6/21/12

RICHARD L. SPEER
**United States Bankruptcy Judge**

**SERVICE LIST**

Bhakti Bhai A. Patel, Debtor

Patricia A. Kovacs, Attorney for Debtor

John P. Gustafson, Chapter 13 Trustee

All Creditors and Parties in Interest